UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO BONILLA,<br><br>          Plaintiff,<br><br>v.<br><br>CACH, LLC, and MANDARICH LAW GROUP, LLP,<br><br>          Defendants. | Case No. 14cv465-W (BLM)<br><br>**ORDER:**<br><br>**(1) DENYING MANDARICH LAW GROUP, LLP'S REQUEST FOR WAIVER OF PERSONAL APPEARANCE [ECF No. 11]**<br><br>**AND**<br><br>**(2) CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO TELEPHONIC, ATTORNEYS-ONLY, CONFERENCE** |

      On June 11, 2014, Defendant Mandarich Law Group, LLP ("Mandarich Law Group") filed a "Request for Waiver of Personal Appearance for Good Cause."  ECF No. 11.  Mandarich Law Group requests a waiver of personal presence at the Early Neutral Evaluation conference ("ENE") scheduled for June 16, 2014.  Id. at 1.  In support, Mandarich Law Group states that its owner, Chris Mandarich, "lives and works outside of California.  Therefore, this request is made in an effort to save money on travel expenses

that can otherwise be diverted towards a settlement in this matter." Id. at 2. As a result, Mandarich Law Group requests to be excused from personal appearance at the ENE and designates its counsel of record, Elizabeth G. Sullivan, to be its representative at the conference. Id. at 1. Mandarich Law Group further alleges that "Ms. Sullivan is a senior associate at Mandarich Law Group [] vested with full settlement authority." Id.

The Court **DENIES** Defendant Mandarich Law Group's request for waiver of personal appearance at the ENE scheduled for June 16, 2014. However, after reviewing the parties' ENE statements, the Court finds it appropriate to **CONVERT** the ENE currently scheduled for **June 16, 2014** at **9:30 a.m.** to a telephonic, attorneys-only ENE at the same time. The Court will initiate the conference call.

All other guidelines and requirements pertaining to the previously scheduled ENE remain in effect. See ECF No. 10.

**IT IS SO ORDERED.**

DATED: June 13, 2014

*[signature]*

BARBARA L. MAJOR
United States Magistrate Judge